**No. 61008.**—Adline Trading Company, Inc. *v.* United States, protest 222781–K (Los Angeles).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the miniature cups and saucers, item 51910 A–F, consist of decorated chinaware, other than tableware or kitchenware or table or kitchen utensils, not containing 25 percent or more of calcined bone, the claim of the plaintiff was sustained as to said item.